**Opinion issued April 4, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-24-00234-CV

————————————

## IN RE GENESIS MARINE, LLC AND GENESIS ENERGY, LLC, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Genesis Marine LLC and Genesis Energy LLC, have filed a petition

for writ of mandamus challenging the trial court's March 20, 2024 order requiring

relators to (1) produce certain surveillance videos to the plaintiff in the underlying

case and (2) produce the remainder of relators' private investigator's file to the trial court for an *in camera* inspection.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

---

[1] The underlying case is *Donald R. Menefield v. Genesis Marine, LLC and Genesis Energy, LLC*, cause number 2021-19883, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.